# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WILLIE BLACKSTON                                              PLAINTIFF
ADC #146273

v.                            5:18CV00058-JM-JJV

WENDY KELLEY,
Director, ADC; *et al.*                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Partial Summary Judgment (Doc. No. 24) is GRANTED in part and DENIED in part:

    A. Plaintiff's classification claim against Defendants Kelley, Strain, Straughn, and Minor is DISMISSED without prejudice for failure to exhaust administrative remedies; and

    B. Plaintiff is allowed to proceed with his: (a) classification claim against Defendants Gibson, Shipman, and Washington; and (b) disciplinary claim against Defendants Strain, Straughn, Minor, Gibson, Shipman, and Kelley.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the partial recommendation would not be taken in good faith.

1

DATED this 2nd day of August, 2018.

                                                      _____
                                                      JAMES M. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE