UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE BLACKSTON                                                                PLAINTIFF
ADC #146273

v.                                      5:18CV00058-JM-JJV

WENDY KELLEY,
Director, ADC; *et al.*                                                         DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, the Complaint is dismissed without prejudice, and this case is closed.

Dated this 13th day of December 2018.

_____
UNITED STATES DISTRICT JUDGE